**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1361**

---

PATRICK ALSTON,

        Plaintiff - Appellant,

      v.

AY LOGISTICS, INC.; TRANSPORT LEASING CONTRACT, INC.; THOMAS AND COMPANY, LLC,

        Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Frank D. Whitney, Senior District Judge.  (3:24-cv-00526-FDW-SCR)

---

Submitted:  September 18, 2025               Decided:  September 22, 2025

---

Before THACKER and BENJAMIN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Patrick Alston, Appellant Pro Se.  George Bryan Adams, III, VAN HOY, REUTLINGER, ADAMS, PIERCE & TISDALE, PLLC, Charlotte, North Carolina; Ted N. Kazaglis, JACKSON LEWIS PC, Raleigh, North Carolina; Katharine Klein, RILEY & JACOBSON, PLC, Nashville, Tennessee, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick Alston appeals the district court's order granting Defendants' motions to dismiss Alston's claims brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, and the Age Discrimination in Employment Act, 29 U.S.C. §§ 621 to 634.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Alston v. AY Logistics, Inc.*, No. 3:24-cv-00526-FDW-SCR (W.D.N.C. Mar. 6, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] We deny as moot Defendants' joint motion for summary affirmance, and deny Alston's motions for the appointment of counsel, for sanctions, and "For The Attorneys Notice of Appearance and Related Documents."

2